01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Brandon L. Krueger ) Chapter 7
and ) Bankruptcy Case No.
Andrea Krueger )
Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I (We), Brandon L. Krueger and Andrea Krueger the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

BRANDON L. KRUEGER
Printed or Typed Name of Debtor or Representative

Andrea Krueger
Printed or Typed Name of Joint Debtor

Brandon L. Krueger
Signature of Debtor or Representative

Andrea Krueger
Signature of Joint Debtor

11 SEP 14
Date

9.11.14
Date